# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHURCH OF THE CELESTIAL HEART, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br>Defendants. | Case No. 1:23-cv-00545-ADA-SAB<br><br>ORDER RE: UNOPPOSED MOTION TO EXTENT RESPONSIVE PLEADING DEADLINE<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 4, 10) |

Plaintiffs initiated this action on April 6, 2023, against Defendants Merrick Garland, Alejandro Mayorkas, and Anne Milgram (collectively, "Defendants"). (ECF No. 1.) An initial scheduling conference is currently set for July 20, 2023. (ECF No. 4.)

On June 7, 2023, Defendants filed an unopposed motion extend the deadline for Defendants to respond to the complaint and to set a briefing schedule for Defendants' anticipated motion. (ECF No. 10.) Defendants seek to extend the deadline to respond to the complaint to July 17, 2023. They proffer they have met and conferred with Plaintiffs as to the complaint and Plaintiffs do not oppose the instant motion. The Court finds good cause to grant the requested relief and shall also continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's response to the complaint shall be filed no later than **July 17, 2023**;

1

2. Plaintiff's anticipated opposition to Defendant's responsive pleading shall be filed no later than **July 31, 2023**;

3. Any reply shall be filed no later than **August 10, 2023**;

4. The Scheduling Conference set for July 20, 2023, is continued to **December 5, 2023, at 1:30 p.m.**; and

5. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **June 7, 2023**

_____
UNITED STATES MAGISTRATE JUDGE