# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHURCH OF THE CELESTIAL HEART, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, et al., <br><br> Defendants. | Case No. 1:23-cv-00545-ADA-SAB <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO DISMISS AND CONTINUING HEARING TO SEPTEMBER 27, 2023 <br><br> (ECF Nos. 12, 15, 18) |

Defendants' motion to dismiss filed on July 17, 2023, is current set for hearing on August 30, 2023. (ECF Nos. 12, 15.) On August 22, 2023, the Defendants filed an unopposed motion to continue the hearing until September 13, 2023. (ECF No. 18.) The Court finds good cause to grant the request based on the proffer the continuance is required due to the illness of Defendants' counsel. However, the Court is unavailable on the requested date, and the next available hearing date is September 27, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendants' motion set for August 30, 2023, is CONTINUED to September 27, 2023, at 10:00 a.m. in Courtroom 9.[1]

IT IS SO ORDERED.

Dated:  **August 22, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is also available on September 6, 2023, if the parties are available and agreeable to holding the hearing on that date.