# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE CHURCH OF THE CELESTIAL HEART, et al., | Case No. 1:23-cv-00545-SAB |
|---|---|
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER |
| v. | ORDER CONTINUING SCHEDULING CONFERENCE |
| MERRICK GARLAND, et al., | |
| Defendants. | (ECF No. 26) |

On January 12, 2024, an unopposed motion was filed requesting to extend the time for Defendants to file an answer. (ECF No. 13.) The Court finds good cause to approve the unopposed request. The Court shall also continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file an answer on or before **February 22, 2024**;

2. The scheduling conference set for February 6, 2024, is CONTINUED to **March 26, 2024, at 10:30 a.m.** in Courtroom 9; and

///

///

///

///

///

3.  The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **January 12, 2024**

UNITED STATES MAGISTRATE JUDGE

2