BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Church of the Celestial Heart, a California Religious Corporation *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Merrick Garland *et al.*, <br><br> Defendants. | Case No. 23-cv-545-SAB <br><br> **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |

1

The parties jointly move for entry of a protective order (filed together with this motion) pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to govern the disclosure, use, and handling by the parties of confidential information in this action (the "Proposed Protective Order"). As fully set forth in the Proposed Protective Order, disclosure and discovery in this action will likely involve the production of confidential information including, but not limited to, personally identifiable information, law enforcement sensitive information, and other information protected by the Privacy Act of 1974, 5 U.S.C. § 552a. *See* Section 4, Proposed Protective Order. The parties therefore agree that good cause exists for such information to be protected from unnecessary disclosure. *See* Section 2, Proposed Protective Order.

The Proposed Protective Order complies with the requirements of Local Rules 140 and 141, which preclude the parties from automatically filing documents under seal. *See* Section 13, Proposed Protective Order. The parties therefore respectfully request that the Court issue the parties' Proposed Protective Order accompanying this motion.

Date: May 14, 2024

*/s/ Jack Silver (with permission)*
Jack Silver
Law Office of Jack Silver
708 Gravenstein Hwy No. # 407
Sebastopol, CA 95472-2808
JsilverEnvironmental@gmail.com
Tel.: (707) 528-8175
Fax: (707) 829-0934

*/s/ Sean T. McAllister (with permission)*
Sean T. McAllister, Esq.
McAllister Law Office, P.C.
4035 E. 3rd Avenue
Denver, CO 80220
sean@mcallisterlawoffice.com
Tel.: (720) 448-6235

*Attorneys for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*