BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Church of the Celestial Heart, a California Religious Corporation *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Merrick Garland *et al.*, <br><br> Defendants. | Case No. 23-cv-545-SAB <br><br> **JOINT MOTION FOR ENTRY OF ORDER GOVERNING THE TAKING OF REMOTE DEPOSITIONS** |

1

The parties jointly move for entry of an order (filed together with this motion) governing the taking of remote depositions in the above-captioned matter. Due to the physical locations of the various deponents, counsel, and court reporters, the taking of in-person depositions in this matter may, in some circumstances, be impracticable. Additionally, due to the COVID-19 pandemic, the parties share a mutual desire to protect the health and safety of the deponents, counsel, and court reporters. In light of those health and safety concerns, counsel for the parties agree that protocols governing the taking of remote depositions, including the Platform to be used, the presenting of exhibits, and the financial burden of taking a remote deposition, will prevent any unnecessary conflict during such depositions and between counsel. The parties therefore agree that good cause exists for the taking of remote depositions.

Accordingly, the parties respectfully request that the Court issue the parties' Proposed Stipulated Order Governing the Taking of Remote Depositions accompanying this motion.

Date: May 17, 2024

Respectfully submitted,

/s/ Jack Silver (with permission)
Jack Silver
Law Office of Jack Silver
708 Gravenstein Hwy No. # 407
Sebastopol, CA 95472-2808
JsilverEnvironmental@gmail.com
Tel.: (707) 528-8175
Fax: (707) 829-0934

/s/ Sean McAllister (with permission)
Sean T. McAllister, Esq.
McAllister Law Office, P.C.
4035 E. 3rd Avenue
Denver, CO 80220
sean@mcallisterlawoffice.com
Tel.: (720) 448-6235

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Sarah M. Suwanda
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*