

FILED

JUL 25 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

Church of the Celestial Heart,
        Plaintiff,

        v.

Merrick Garland, et al.,
        Respondents.

No. 1:23-cv-00545-ADA-SAB

EX PARTE MOTION FOR SANTO DAIME TO FILE BRIEF AS AMICUS CURIAE

Amicus curiae, Siva d. Black writing for Santo Daime, hereby moves the Honorable District Court, pursuant to the First Amendment Establishment Clause, the Fifth Amendment Due Process clause, and Fed. R. Civ. P. Rules 29 and 32, to intervene as Amicus curiae. The Proposed Brief is attached hereto, and complies with Fed. R. Civ. P. Rules 29 and 32. Santo Daime has a significant protectable interest being violated by Celestial Heart plaintiffs. The Celestial Heart plaintiffs are not bona fide Santo Daime, and pursuant to the Establishment clause, the government, including under the RFRA, may not create or support a non-bona fide

1

sect that competes with the real religion. <u>Sch. Dist. of Abington Township v. Schempp</u>, 374 U.S. 203, 287 n.67 (1963).

Santo Daime is being brought in to the United States and introduced by a Government-Church that practices Gnosticism, not Santo Daime, using hallucinogens. The two groups are mutually antagonistic.

Amicus curiae has also attached an Affidavit hereto that established the existence and presence of a Government-Church.

This motion was served and filed Ex-parte because Amicus petitioner is in jail, and currently lacks access to the case's parties' addresses. Amicus curiae requests this Court's further direction on how to proceed, as to the filing or service of the same materials. Note, however, the Siskiyou County is not optimized for making copies of second-generation documents, and it may be expedient to instead have the clerk of the court notify / or serve the parties electronically.

Respectfully submitted,

Date: 13 July, 2024

Siva d. Black, pro se
Siskiyou County Jail
# 26746
315 S. Oregon Street
Yreka, CA 96097

2

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

Docket No. 1:23-cv-00545-ADA-SAB

AFFIDAVIT IN SUPPORT OF AMICUS CURIAE BRIEF
TO ESTABLISH EXISTENCE OF GOVERNMENT-CHURCH

I, Siva d. Black, hereby certify the following statements are true, under oath:

1. My name is Siva d. Black —not any other name— noting that a government-church keeps harassing me / or removing me under another name in Siskiyou county Superior court since I arrived in Mt. Shasta, during pandemic in mid-2020, and began demanding forms 990 materials from both 501-c-3's directed by John Goldman, who resides in Ashland, Oregon; and then made similar demands to the IRS to investigate, after both organizations denied the entitled requests in writing.

2. I was raised in Los Angeles county to be the Government-church's Baphomet;

3. In 2004 the idea of Ayahuasca was planted by the government-church network participant Paul A. DeVandry.

4. Jan. 11, 2005 at the summit of Mt. Shasta I was approached by members of Church of the Holy Light of the Queen, John Goldman's church in Ashland, Oregon,

3

who agreed to provide me Ayajvasca in the form of
Santo Daime after offering me an unsolicited ride.

5. Although slightly more complicated, the idea was to connect
me to the Godhead, as Baphomet, using Santo Daime — this
is achieved by nobody inserting themselves as false-
padrinho, and Goldman was allegedly out of town (in
Boston); but this was a one-time thing.

6. The idea is then for the Government-Church to attack and
overpower the Baphomet, once connected, with police powers,
thus I have a series of three prosecutions wherein I was
removed and held without trial, two upon arrival in
the court.

7. The non-bona fide Christian leaders serving Ayajvasca,
or Santo Daime — and every bona fide Santo Daime, who
for all intents and purposes are all independent shamans,
every member — have a Third-eye power of hypnosis
that will confuse/trick the court, and they are using it
to force their way in courts, as another religion.

8. It's like an overpowering sense of goodness, like your day
is brightened, mellifluous, or synchronistic — but this
sense will go away when they are done with the court.

9. It can also turn bad on the third-party,

10. This power does not come from spiritism, it is Santo
Daime — and as Goldman told me circa 2018 — they believe
that the vine of souls is "evil" and don't allow use of
Santo Daime outside of services so they can band
together against Santo Daime, to block it.

11. The court can see online, on propublica.org, IRS forms

4

990 for "Essential Light Institute" aka "ELI," run by John Goldman of <u>Church of the Holy Light of the Queen v. Mukasey</u>, 615 F. Supp. 2d 1210 (2009)(represented by Jack Silver, and Chacruna), that Goldman is stealing all of Santo Daime's resources for himself as profit; specifically more than $1.6 million (nearly all profits) paid as his personal salary.

12. I reported this to the IRS in late 2020 —based upon suspicions, and statements made by Goldman's family, and was removed under the color of <u>People of Cal. v. Black</u>, No. 2021-320-1 (Mar. 5, 2021 – Nov. 22, 2022, released at "arraignment" on induced-plea, despite police had no warrant, or case).

13. When I got released I discovered the propublica.org records, but I was effectively bankrupted.

14. I complained again, but IRS blocked investigations, and now I have a lawsuit, inter alia, under the Sherman Act, <u>Black v. United States</u>, No. 2:24-cv-0081(-DAD-DB (E.D. Cal. Sacramento), for special performance.

15. The group uses Spiritism to block Deity connections the same way a Catholic female remains a virgin by only giving anal or fellatio—the same concept, to remain monotheistic while using Santo Daime; it's deliberately destructive Klipot activity.

16. On or around Mar. 30, 2024, from custody, I mailed Church of the Celestial Heart a letter inviting them to join forces to sue under First Amendment and the Sherman Act, based on my evidence gathered.

17. Due to the psychological abuses as Baphonet, since birth, my tendency is to lose sight of firsts, and so I read the District Court memo at jail, of Celestial Heart, dated Jan. 9, 2024, but I didn't really read and comprehend it — I just read it, got excited there was a local Santo Daime unit other than Goldman, and dashed off a letter to them.

18. When they didn't reply I went back in my mind, and to the memo, and re-read it carefully, finding them not to be bonā fide, plus I never try to pre-judge anyone, especially Santo Daime, but it's very clear they are not bona fide.

19. For instance, they are not arguing First Amendment, including but not limited to, as I presented in my brief, or not even under Liberty of the mind, or novel First Amendment right to diet, instead they are presenting technical claims under the RFRA etc., even though they don't technically qualify.

20. In 2004, February, I was first approached by Deity Shiva, and in a lucid-dream, It broke me free of the entire psychological abuse mental-prison, after I called and invited it to install Itself at my chakra-gates.

21. The religion, or cult of Shiva, has no written religious text; it's just do drugs (be intoxicated) and use the third eye to connect to Shiva, and to fight one's demons.

22. Shiva brought me perfectly to Santo Daime, like I plucked a diamond right out of my enemy's hands, Jan. 11, 2005, summit of Mt. Shasta, within a half-hour of

my call for Ayajuasca—like destiny, a miracle in my eyes.

23. Shiva then directed me to leave Ashland, right away, and I never met Goldman until 2015.

24. Shiva gave me Da'at, and other connections that transcend and combine with Santo Daime; and as Baphomet with Shiva, I am chirvoyant, I can travel the planes anywhere in time and make adjustments, including I can rewrite the script of the soul on the Wheel of Karma, and I have absolute certainty that I will prevail, but I am getting aggravated and annoyed.

25. In 2005, circa March, in Austin, TX, Shiva disconnected my Third-eye hypnosis power, for multiple reasons—but only temporarily, Shiva is still at my gates—forever I am a component of Deity Shiva, in Time, out of time.

26. Shiva wanted me to be reinjected into the immersive Government church, unempowered to mislead them, so I can get the necessary evidence compiled to destroy or justify destroying them; plus to show how weak they are, that they only pretend to have equal powers as bona fide, to the extent I don't need anything.

27. May 29, 2009 I was removed at my arrival in Comm. of Mass. v. Black, No. 0901-CR-003599, by the State, for the exact violation stipulated by the Smith court, at 494 U.S. 872, 880-81 (1990) to establish First Amendment rights for Santo Daime, but every court denied review, 2010-2020, two petitions for cert. to the U.S. Supreme Court.

28. As it were, in my view, Smith, 494 U.S. 872 (1990) and its progeny are designed especially for the

7

Government church takeover.

29. For instance, the Supreme Court repeatedly denies review of cases that would overturn or redecide <u>Smith</u>, e.g. <u>Fulton v. Philadelphia</u> (see webpage on the court using a "shadow docket" to scuttle review by American Bar Ass'n); and my own entitled habeas corpus, <u>Black v. Edward Dolan</u>, No. 1:18-cv-10135-WGY (Dist. Mass. 2018) — conjunctive speedy trial violation, indefinite confinement ordered (10yrs. to life indorsed), for non-interviewing govt. opinion on "religious beliefs."

30. AEDPA too — under AEDPA, criminal defendants are locked in to established precedent, and can't overturn <u>Smith</u> therefore (as Baphomet), in violation of Ninth Amendment, and Fourteenth Amendment §5.

31. I got released from prison Apr. 2, 2015, with standing to overturn or redecide <u>Smith</u> — or to qualify First Amendment rights for Santo Daime.

32. Within days I contacted John Goldman and got connected to Santo Daime Churches on the East Coast — all of them including Goldman are government-church abusing me at every ceremony as Baphomet.

33. Multiple churches in New York, the leaders, told me to my face that they opposed legalization under First Amendment, and cut me off — including Jeffrey Miller, leader of Church of the Divine Presence in Manhattan, and Sid Matos of Brooklyn.

34. Sid Matos cut me off at the exact time my Boston probation initiated daily/weekly drug testing at a lab, to give the impression of prescience, but in hindsight, he indisputably has a government-liaison.

35. The Santo Daime beliefs are that we are with the Regency — God's regency, God's Army therefore, but Sid Mato's literally demanded to my face everyone is required to worship and that he refuses to fight, too risky he claimed, I'm supposed to look over my shoulder forever, — my probation penalty at time, 15 year suspended sentence too risky for him.

36. Another, Gwen Cattel of Vermont, she contacted my probation somehow right as I contacted her, and the probation tried to make some last minute claim I had to suddenly go meet with psych doctors in the fifth year of my probation, right before I was released in 2020, I evaded it but there was a direct connection.

37. Goldman's family spoke to me in 2018 and 2019, at a ceremony and in Boston/Cambridge area respectively, tacitly identifying government-church.

38. In 2018, at a ceremony at Maryland, Goldman's wife told me that them and "UDV-USA" Jeffrey Bronfman, were shipping Ayahuasca together in the 1999 seizure, and that they "shared a customs agent," also insinuating they were involved.

39. It was the morning of the third-day of ceremony, Jane normally hates me, I was grilling her for my Appeals, later, she jumped up and exited the conversation when she realized her words, later she spit Santo Daime out of her mouth looking at me.

40. In Boston area in 2019 I paid Aaron Goldman, his son, $200 to help me relocate, he said during a drive that they were ordered when to file their lawsuit, and

had to wait forever.

41. In 2018 Goldman was disrespectful, again, and so I stopped attending and started investigating.

42. CHLQ and UDV were co-plaintiffs originally in UDV I, 282 F. Supp. 2d 1236 (2002), making CHLQ 615 F. Supp. 2d 1210 (2009) relitigation of the same issues.

43. Both churches started in 1994, but CHLQ, 615 F. Supp. 1210, purported 1993 - Buzzfile.com claims 1994.

44. Both churches had Amicus curiae who were Catholic Diocese or Christian groups — Santo Daime did not have anything to do with CHLQ, supra, as far as I can tell.

45. Both churches filed mirror lawsuits and used the same expert John Halpern to validate themselves.

46. And, contrary to the U.S. Supreme Court denying Smith, 494 U.S. 872 (1990) First Amendment rights, and denying cases review that would redecide it, they gave VDV, a group of Christians, a unanimous Supreme Court judgment in Gonzales v. o Centro Espirita Beneficente Uniao Do Vegetal, 418 U.S. 546 (2006) (citation reversed, 546 U.S. 418) (my mistake).

The above statements are true to the best of my knowledge and belief, signed under penalty of perjury this 13th day of July, 2024,

Siva d. Black
315 S. Oregon Street
Yreka, CA 96097

10

CASE NO, 1:23-cv-00545-ADA-SAB
(E.D. CALIFORNIA, FRESNO DIVISION

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

CHURCH OF THE CELESTIAL HEART

Y.

MERRICK GARLAND, ET AL,

NATURE OF PROCEEDING: RFRA INJUNCTION SOUGHT,
TRIAL COURT LEVEL, PRETRIAL REVIEW

AMICUS CURIAE BRIEF OF SANTO DAIME

Santo Daime seeks to intervene as Amicus Curiae
Insofar as it does not support either Party

Respectfully submitted,

Date: 13 July, 2024

No Tel. Number

Siva d. Black, pro se
Siskiyou County Jail
Inmate #26746
315 S. Oregon Street
Yreka CA 96097

# TABLE OF CONTENTS

SHORT PLAIN STATEMENT RE AMICUS CURIAE
AND HIS PEDIGREE IN BONÂ FIDE SANTO DAIME ___ 1

I. LEGAL STANDARDS APPLICABLE TO THE ACTION
AT BAR _____ 4

II. CHURCH OF THE CELESTIAL HEART IS NOT BONA
FIDE AND DOES NOT WORSHIP SANTO DAIME AS GOD ____ 9

III. DISCUSSION _____ 12

SIGNATURE PAGE _____ 15

FOOTNOTES _____ 15

CERTIFICATE OF AUTHENTICITY _____ 16

CERTIFICATE OF COMPLIANCE _____ 16

# TABLE OF AUTHORITIES

## CASELAW

Black v. United States  2:24-cv-00811-DAD-DB (E.D. Cal.)
_____ 1

Cantwell v. Connecticut, 310 U.S. 296 (1940) _____ 7

Caviezel v. Great Neck Pub. Sch. 701 F.Supp. 2d 414
   (E.D.N.Y. 2010) _____ 8

Church of the Holy Light of the Queen v. Mukasey, 615
   F.Supp. 2d 1210 (2009)(referenced as CHLQ) 1[FN] 3, 11, 12, 14,

C.I.O. v. Douds, 339 U.S. 382 (1950) _____ 7

Gonzales v. O Centro Espirita Beneficente Uniao Do Vegetal
   546 U.S. 418 (2006)(UDV III) _____ 5

Int'l Soc. for Krishna Consc. v. Barber, 650 F. 2d 430
   (2d Cir. 1981) _____ 7, 8

Kennedy v. Bremerton Sch. Dist. 142 S.Ct. 2407 (2022)___ 6

Kennedy v. Bureau of Narcotics and Dang. Drugs, 459
   F. 2d 415 (9th Cir. 1972) _____ 5, 14

Lamantia v. Civiletti, No. 80 Civ. 1534 (RLC)(S.D.N.Y.
   1981) _____ 5

Leary v. United States, 383 F. 2d 851 (5th Cir. 1967) ____ 8

Lemon v. Kurtzman, 403 U.S. 602 (1971) _____ 6

Mason v. Gen. Brown, Cent. Sch. Dist. 851 F. 2d 47
   (2d Cir. 1988) _____ 8

McCollum v. Bd. of Educ., 333 U.S. 203 (1948) _____ 6

McGowan v. Maryland, 366 U.S. 420 (1961) _____ 6

Native Amer. Church of New York v. United States, 468 F.
   Supp. 1247 (S.D.N.Y. 1979) _____ 5

O Centro Espirita Beneficente Uniao Do Vegetal v. Ashcroft,
   282 F. Supp. 2d 1236 (2002)(referenced as UDV I) 14

Oklevueha Nat. Amer. Church v. Holder, 09-cv-00336-
   som-BMK (D. Haw. Dec. 31, 2013)(referenced as ONAC)

_____ 6, 7, 8, 9, 13, 14

Patrick v. LeFevre, 745 F.2d 153 (2d Cir. 1984) _____ 8

Peyote Exemption for Native Amer. Church (Memorandum
    by U.S. Dept. of Justice), 5 Op. O.L.C. 403, 81-63
    (Op. O.L.C. Dec. 22, 1981) _____ 5

Peyote Way Church of God v. Smith, 742 F.2d 193 (5th
    Cir. 1984) _____ 13

Sch. Dist. of Abington Township v. Schempp, 374 U.S. 203
    (1963) _____ 6

Sherbert v. Verner, 374 U.S. 398 (1963) _____ 7

Smith — Employment Div., Dept. of Hum. Res. of Ore. v.
    Smith, 494 U.S. 872 (1990) _____ 1, 4, 7, 8

Thomas v. Rev. Bd. of Ind. Emp. Sec. Div., 450 U.S. 707
    (1981) _____ 7

United States v. Allen, 760 F.2d 447 (2d Cir. 1985)____ 12

United States v. Guest, 383 U.S. 745 (1966) _____ 14

United States v. Kauten, 133 F.2d 703 (C.A. 2d Cir. 1943)__12

United States v. Kuch, 288 F. Supp. 439 (D.C. Cir. 1968) ___9

United States v. Lafley, 656 F.3d 936 (9th Cir. 2011) ____7

United States v. Meyers, 95 F.3d 1475 (10th Cir. 1996) __ 6, 8

United States v. Rush, 738 F.2d 497 (1st Cir. 1984)_____ 8

United States v. Seeger, 380 U.S. 163 (1965) _____)12, 13

Wallace v. Jaffree, 472 U.S. 38 (1985) _____7

Wisconsin v. Yoder, 406 U.S. 205 (1972) _____7, 8

DISTRICT COURT MEMORANDUM IN THE
CASE AT BAR, DATED JAN. 9, 2024

Church of the Celestial Heart v. Garland, 1:23-cv-00545-ADA-SAB (Referenced herein as <u>Heart</u>)

_____ 9, 10, 11, 12

## FEDERAL STATUTES

First Amendment _____ 1, 4, 5, 6, 7, 9, 14
Equal Protection Clause _____ 14
Establishment Clause _____ 1, 5, 6
42 U.S.C. § 1996 _____ 5
42 U.S.C. § 1996a(b)(2) _____ 1
42 U.S.C. §§ 2000bb, and-or RFRA _____ 5, 6, 7, 8, 13, 14
Controlled Substances Act (CSA) _____ 5

## JUDICIALLY-CRAFTED RULES

History and Tradition Test _____ 6
Lemon Test _____ 6

v

SHORT PLAIN STATEMENT RE AMICUS CURIAE
AND HIS PEDIGREE IN BONÂ FIDE SANTO DAIME

Amicus curiae—Siva d. Black—hereby seeks to initiate
sua sponte his career as official Santo Daime Temple
guard, and-or preeminent independent regulator of his
cult Santo Daime, in order to resolve the conflict
between the First Amendment Establishment Clause and
42 U.S.C. § 1996a (b)(2) of 1994. Said statute — and
progeny of Smith, 494 U.S. 872 (1990) generally — are
being exploited by the majority religion / Catholic Diocese
to establish a Church in the United States, including but
not limited to under Santo Daime banners, and speaking
for Santo Daime they are not welcome. Santo Daime the
God runs Santo Daime, and recruited and has prepared
Amicus, who is a monk, since 2005 to fit this role.
Accordingly, amicus currently has standing in Black v.
United States, No. 2:24-cv-00811-DAD-DB (E.D. Cal.)
to legalize bonâ fide Santo Daime under the First Amend-
ment pursuant to Smith, 494 U.S. 872, 880-81, as
well as entitled claims therein for special performance
in the IRS to begin recovering millions of dollars of
charity theft by the same Government Church seeking to
steal all of Santo Daime's resources. FN1

     Amicus is a sadhū, Shaivist monk (vessel of Shiva)
since Jan. 11, 2005, age 25, at Mt. Shasta. He was
raised inside the same Government-church to be the

1

church's Baphomet (meaning, inter alia, enslaved-caduceus, human-scapegoat sacrifice, aka "Hanged Man." (Major Arcana XI)). The Government-Church practices Gnosticism - aka Gnostic-Christianity or Gnostic-Catholicism; it is the religion of Church of England. Gnosticism is inverted Kabbalah per se, Aryan man-worship; human supremacy over the Godhead; an extreme version of the majority religion. Santo Daime, on the other hand, is the door, or portal to the metaphysical planes that give access to the Godhead — meaning all pagan Gods (pagan defined as everything but the Christian homogenized God with no name) — aka vine of souls, vine of dead. To date the church has succeeded by simply declaring that "syncretism" is defined as a "blend" of Christianity — though the concepts are mutually antagonistic — syncretism is a mask used by pagan religions to obviate Christian-persecution.

The Gnosticism Government-Church apparatus works in two formats. First, the fountainhead of Santo Daime is dominated by non-bona fide gatekeepers with RFRA licenses who force everyone to pass through/under them, and-or a series of human-gates, in order to access the God Santo Daime, which is a subconscious technique to break down the person's capacity to believe in the God Santo Daime as supreme, and thereby voids/ or cancels the exercise, ineluctibly. Second, they hook up designated victims to the Godhead, using Santo Daime, and then use government police powers to dominate the person — effectively to make themselves supreme over the Godhead as such. That is how Plaintiff came to find Santo Daime in 2005: As

2

Baphomet. So it is a war started by the Government-Church, over the God head imbued within Amicus, that Santo Daime demands to fight.

That is, Santo Daime is an omniscient sentient Being, or Supreme Being that the Government-Church could never genuinely dominate, notwithstanding the church's illusions, or government-infrastructure. As it were on Jan. 11, 2005, Amicus was on a self-styled visionquest in Mt. Shasta that started with him giving/ or throwing away every thing that connected him to his previous life— including his names, money, property, relationships, a new car, etc. He was pursuing a lucid-dream from Feb. 2004 in which the Deity Shiva first appeared to him and broke him free of all the Government-Church's psychological abuses/ mental prisons, and installed itself at his chakra-gates. ~~strikethrough~~ Amicus then gave all his energy by hiking up Mt. Shasta mountain-road (16 miles). Within the same hour of arriving at the mountain summit, inducting himself as a monk, and calling to the mountain spirit for Ayajuasca, then turning toward S. America to start walking toward it, the Government-Church installation in Achland, Oregon calling itself Church of the Holy Light of the Queen, stalked him to that location and offered him an unsolicited ride directly to Santo Daime. At the time they were meeting in "secret." CHLQ, 615 F. Supp. 2d 1210, 1214 (2009).

Knowing the Government-Church's plan, Amicus with his owners Shiva and Santo Daime, in his visionquest

3

which continued after his initiation at the Santo Daime altar Jan. 16 - 17, 2005, made designs so that the Government-church's attacks against would directly result in the same "conjuncti[ve]" First Amendment rights violations required by <u>Smith</u>, 494 U.S. 872, 880 - 81.

Since Dec. 2009 Amicus has researched the law — predominantly U.S. Supreme Court precedent — as it pertains to legalizing / organizing bona fide Santo Daime under the First Amendment. Further, although currently in custody of the same Government-church apparatus, he is otherwise on track to become a bar-certified paralegal just for this purpose.

His status in Santo Daime is "slave" to Santo Daime, and puppetmaster — meaning, with capacity to fight effectively the Government-church that has immersed him since birth. Any money or resources he does ultimately collect as stolen charity, or the product of fraud, is designated in advance for a 501-c-3 or similar trust-account that Amicus will create and direct to build the kingdom Santo Daime.

Amicus curiae is acting herein pro se, not for compensation, and serves the God Santo Daime, not any self-asserted membership of the religion that so far in the United States almost exclusively practices Gnosticism, which is irreconcilable to the bona fide Santo Daime religion.

I. LEGAL STANDARDS APPLICABLE TO THE ACTION AT BAR

Santo Daime (which is a particular brew of Ayajuasca)

4

and Peyote are legally equivalent Schedule I hallucinogens subject to the same rules and exceptions to the Controlled Substances Act (CSA). See *Gonzales v. UDV*, 546 U.S. 418, 433 (2006)(UDV III)(primary holding b)("...Everything the government [including Congress] says about the DMT in hoasca ... applies in equal measure to the mescaline in peyote..."). Accordingly, at this time, stare decisis requires non-Seminole religionists seeking an exemption to the CSA (i) to be the bonã fide religion, and (ii) to worship the drug-sacrament as the Deity itself, in order for them to accord with the First Amendment. *Peyote Exemption for Native American Church*, 5 Op. O.L.C. 403, 81-63 (Op. O.L.C. Dec. 22, 1981), text at nn. 15-16, by Theodore B. Olsen, Asst. Attorney Gen. for U.S. Dept. of Justice, citing *Kennedy v. Bureau of Narc's and Dang. Drugs*, 459 F.2d 415 (9th Cir. 1972), cert. den. 409 U.S. 1115 (1973); *NAC of New York v. United States*, 468 F. Supp. 1247 (S.D.N.Y. 1979), aff'd mem. 633 F.2d 205 (2d Cir. 1980); *Lamantia v. Civilletti*, No. 80 Civ. 1534 (RLC)(S.D.N.Y. 1981). This lonely exception to the CSA applies under a combination of 42 U.S.C. § 1996 and the Establishment Clause non-favoritism principle. The courts above effectively consistently held that it would be unconstitutional to deny similarly situated worshippers of Peyote the same rights merely due to ethnicity. Nothing with the advent of RFRA changed that, insofar as the "RFRA was not [enacted] to shield

quasi-religious entities created solely to circumvent federal law." Oklevueha NAC v. Holder, 09-cv-00336-SOM-BMK (D. Haw, Dec. 31, 2013), at *30 (hereinafter referenced as ONAC), citing United States v. Meyers, 95 F.3d 1475 (10th Cir. 1996). This includes federal law. FiRst Amendment as it applies to bonâ fide Santo Daime/Ayajuasca insofar as the District Court may not approve an RFRA injunction to non-bona fide Santo Daime, who do not worship the sacrament as God, without violating the Establishment Clause. See Sch. Dist. of Abington Township v. Schempp, 374 U.S. 203, 287 n. 6.7 (1963)(The government may not create or sponsor a "watered down" sect that competes with the real religion — it would violate the Establishment Clause).

   Recently the Supreme Court in Kennedy v. Bremerton Sch. Dist., 142 S.Ct. 2407 (2022), overruled the "Lemon test," of Lemon v. Kurtzman, 403 U.S. 602 (1971), to make the applicable Establishment Clause review standard a "history and tradition test." Respectively, the Court in McCollum v. Bd. of Ed., 333 U.S. 203, 232 (1948)(sep. op., Jackson, J.), authorized federal injunctions Against any Established Church activity. As well, the "Framers [historical] concerns" — including but not limited to, the "protection of unpopular creeds..." and "to prevent the setting up of an official church of the kind [in] England ...", quoting Abington, 374 U.S. at 233, are expounded on in McGowan v. Maryland, 366 U.S. 420, 460-68 (1961).

The RFRA was enacted in 1993 in direct response to _Smith_, 494 U.S. 872 (1990), in order to enforce the provisions of the First Amendment under the strict scrutiny test applied in cases _Wisconsin v. Yoder_, 406 U.S. 205 (1972), and _Sherbert v. Verner_, 374 U.S. 398 (1963), 42 U.S.C. §§ 2000bb et seq.

Under the first prong of the RFRA — which has two prongs — "'[a] claimant ... must [ ] establish a prima facie case ... that the government action at issue works a substantial burden on [their] ability to practice [their] religion.'" ONAC, at 13, quoting _United States v. Lafley_, 656 F.3d 936, 939 (9th Cir. 2011). However, while the freedom to believe is "absolute," _Cantwell v. Connecticut_, 310 U.S. 296, 303-04 (1940), _C.I.O. v. Douds_, 339 U.S. 382, 393 (1950) ("inviolate"), in every imaginable context, _Thomas v. Rev. Bd. of Ind. Sec. Div._, 450 U.S. 707, 714 (1981), society's religious beliefs must remain the product of "private choice, not official coercion ..." _Int'l Soc. for Krishna Consc. v. Barber_, 650 F.2d 430, 438 (2d Cir. 1981); _Wallace v. Jaffree_, 472 U.S. 38, 50-53 (1985) (Liberty of the mind is the law). Moreover, when someone seeks Santo Daime, the Santo Daime religion is entitled to receive them without a non-bona fide group intercepting them, and deceiving them with an RFRA license. As well, though individual freedom to believe is absolute, the freedom to act is not,

and, therefore, not everything qualifies as a [protected] religion in the first instance, for example, a Plaintiffs "uncorroborated and self-serving testimony" does not automatically yield them special powers to deal drugs under the RFRA. ONAC, at 19-21. See Smith, 494 U.S. at 878-79; Meyers, 95 F. 3d 1475 (10th cir. 1996); cf. United States v. Rush, 738 F. 2d 497 (1st cir. 1984); Leary v. United States, 383 F. 2d 851 (5th Cir. 1967), rev'd on other grounds. Celestial Hearts mere "inclusion of the words [Santo Daime]... do[es] not automatically" render them Santo Daime, and-or entitled to the same First Amendment rights as Santo Daime. ONAC, at 21. Likewise, simply daring the government by selling drugs does not equate to a belief that the drugs are God.

The court must distinguish between sincere religious practitioners, and fraud and deception, Barber, 650 F.2d 430, 432, 441, Patrick v. LeFevre, 745 F. 2d 153, 157 (2d cir. 1984). Religion is not "a talisman for self-indulgence or material gain." LeFevre, supra. "'[P]hilosophical and personal ' belief systems are not religion, in spite of the fact... the [y]... may be held with `strong conviction' and inform critical life choices." Caviezel v. Great Neck Pub. Sch., 701 F. Supp. 2d 414, 429 (E.D. N.Y. 2010), quoting Mason v. Gen Brown Cent. Sch. Dist., 851 F. 2d 47, 51 (2d cir. 1988); Yoder, 406 U.S. 205, 216. Therefore, despite being religiously motivated, and even sincere, attacking or debasing another religion is

never protected under the First Amendment. United States v. Kuch, 288 F. Supp. 439 (D.C. Cir. 1968).

II. CHURCH OF THE CELESTIAL HEART IS NOT BONA FIDE AND DOES NOT WORSHIP SANTO DAIME AS GOD

(This section refers to the District court at bar's memorandum dated Jan. 9, 2024, hereinafter referenced as Heart.)

In ONAC, the court struggled with and criticized the ONAC plaintiffs for not adequately establishing a religion, entitled to protection, for fact the religion consisted of two elements, (i) consuming entheogens, and (ii) "'using the ceremonies to speak directly with God.'" ONAC, at 5-6. This is the whole Santo Daime religion, in a nutshell, and Santo Daime —the channel to God and Supreme Being—is God, and is polytheist. Santo Daime drug is a combination of DMT and MAO inhibitors. DMT is known as the spirit molecule, which transports the inner eye or highest self into metaphysical spirit planes, aka vine of souls, or vine of dead - portal to the Gods. MAO inhibitors block the DMT from absorbing in the system for 3-4 hours, and Santo Daime trabaljos ("works") last, generally, between 14 hours and 4 days.

The court in Heart, at p. 3, indicated Santo Daime has honorary masters, that are a hierarchy of "[lead] pastor(s)," and-or, the term Padrinho comes with the territory of serving Santo Daime. This is false. First of all, God Santo Daime speaks for itself in every language, and there are no "pastors."

9

Santo Daime is the cult in the Jungle that sometimes, people who cannot survive without a miracle — e.g. incurable cancer victim; or amicus was designated Baphomet, slated to die at hands of immersive Government — Church-hunt down to get their remedy. The bonâ fide mestres in Santo Daime don't die, they routinely attend ceremonies, and are called "caboclos," in Buddhism Bodhisattvas, in Kabbalah called Pillars. Sometimes a bonâ fide mestre will receive instructions from God Santo Daime to write up a trabaljo, which serves to maintain a focussed trance for all the participants. This person is known as a Padrinho, or Madrina.

(2) Celestial Heart claims to be "independent" of Santo Daime, Heart, at 2. Ipso facto, this one factor alone suggests they are not only not bona fide, but compete with the actual religion. That is, bona fide Santo Daime is not a buffet of religions, where everyone gets to choose which religion to exercise when they get there; nor is it "esoteric Catholicism," Heart at 2, since Catholics are monotheistic, and man-worshippers. Santo Daime only worships and gives access to Deities, and is a slave-healer religion, use of syncretism notwithstanding.

(3) Celestial Heart purports some form of mastery, for a Tome of Prayers — but Santo Daime forbids prayer, hope, faith — fantasy, delusion. It leaves the impression of some vacuous need, 250 prayers unanswered, that is Not Santo Daime. Santo Daime demands to test God, to be the highest self — avatar, to adjust the universe around the participant-

members highest destiny on the Wheel, this is the meaning of Santo Daime star, committed and on-track with highest destiny — not obscene demands that everyone pay tribute to some Christian pastor via being forced to read a bunch of his prayers; or give (his) guidance.

(4) "350 members," Heart at 2, suggests the group is proselytizing. "Santo Daime ... forbids proselytizing." CHLQ 615 F. Supp. 2d 1210, 1216. This includes to friends and family — since, again, Santo Daime is not a Christian religion; and does not tolerate recruiting people (personal merit)

(5) Celestial Heart purports Santo Daime has an agenda to reconnect everyone to "Great Spirit." Heart, at 3. But "Great Spirit" is not anything known or related to Santo Daime, and is just another name for the homogenized Christian God with no name — not Santo Daime, which calls the known Deities of Umbanda (note Santo Daime is also called Umbandaime, it's not a different practice), the Shekinah of Kabbalah, etc. Santo Daime is "eclectic" as to Gods, not a bunch of different competing religions.

(6) Celestial Heart translated all of Santo Daime to English to discard Santo Daime God's genuine articulation, power word-sequences, etc. This is acute Gnosticism, inserting human-spirit, or Spiritist spirits, as a layer between the Deity and the participant-members, to claim and enforce human supremacy, worship energy intercepted by "Christian pastors" and their ilk invading Santo Daime. In Kabbalah, the term for these intruders is Klipot (plural)

(7) Celestial Heart asserted that Santo Daime is "the

11

blood of Christ." Heart, at 3. Cf. CHLC, 615 F. Supp. 2d at 1212 (same, "blood of Christ."). But Santo Daime does not kill slaves, or drink their blood, including symbolically—therefore Santo Daime does not celebrate Jesus' death. The sole concept of Jesus presented ever at all in Santo Daime—as a matter of pure syn-cretism; mask/disguise of pagan religion—is as an Avatar, ascending, to encourage the same—also his level of sacrifice, albeit to Santo Daime, is encouraged to enhance death-connection to Santo Daime. Otherwise Christianity is a fake, man-made religion — inverted Kabbalah—and doesn't work, and not advanced by Santo Daime.

## III. DISCUSSION

Celestial Heart's belief in Santo Daime is not sincere as required by United States v. Seeger, 380 U.S. 163, 185 (1965). Though the group-leaders evidently believe it to be a God, and are therefore serving it in a covert, but sacrilegous format, so as to defy it as Gnostic Christians at its own altar, they are merely doing so to assert supremacy over it. As such this is a philosophical, personal, or even scientific belief in Santo Daime that does not qualify as religion. See United States v. Allen, 760 F.2d 447, 451 (2d Cir. 1985)("'[A] touchstone of a religion is the believer's categorical disregard of elementary self-interest in preference to [abiding the religion.]'"), quoting United States v. Kauten, 133 F. 2d 703, 708 (C.A. 2d Cir. 1943).

12

Here, the Celestial Heart hierarchy is decorating themselves, e.g., as "Padrinhos" and "madrinhas," while discarding the Divine Transmissions of God Santo Daime, replaced by their own "translations" in order to assertedly proselytize in the United States with Santo Daime — assertedly bring it to this whole new population of English Speakers, who did not seek it out for themselves, and will never genuinely be connected to it, accordingly, inside of this deliberately intended subterfuge / sabotage. That is, bona fide Santo Daime God speaks and communicates — it does not require decades, or even years of "studying" it. Santo Daime alters the brain. Nothing in Christianity, or Spiritism, or any of Karrell's other religions would cease to exist if Celestial Heart is not simultaneously allowed the use of hallucinogens, Nor does Santo Daime indorse other religions. And that is the RFRA standard. See ONAC, at 29, citing Peyote Way Church of God v. Smith, 742 F.2d 193, 200-01 (5th cir. 1984) (stating, without Peyote, Peyotism would cease to exist). It is the same for bona fide Santo Daime — without Santo Daime, worshipping Santo Daime as God would not be possible.

Since there is an "independent" sect seeking to use Santo Daime to compete with it, the sincerity standard, which is qualified by their own "scheme of things," requires any group seeking an RFRA license to worship Santo Daime as God. Seeger, supra. There is no right, including under the RFRA, for Christians to use Santo

Daime to create some "mystical experience" for themselves as another religion. Kennedy, 459. F. 2d at 418. It is not enough that the sacrament is central, or used as a communion. See CHLQ, 615 F. 2d at 1215 ("the person is aware the effects are not real."); cf. ONAC, at 29 (failed to explain why [Santo Daime/cannabis] is the only acceptable substitute for human blood communion.]).

Similarly, Jack Silver and Chacruna's previous claims in UDV, 282 F. Supp. 2d 1236 (2002)(UDV I) and CHLQ, 615 F. Supp. 2d 1210 (2009), that Christians have an Equal protection right to use Santo Daime/Ayajuasca is equally indisputably meritless. See United States v. Guest, 383 U.S. 745, 755 (1966)(the Equal Protection Clause has no private application, it only pertains to the government). Religion is necessarily private. U.S. Constitution Amendment I. Even considering it, arguendo, there is no constitutional right for every guru, evangelist, or religion in general, to enhance their viewpoint/speech capacity with hallucinogens. Like Charles Manson—who used LSD to exercise Gnosticism specifically,

When that argument failed, now it seems as though Celestial Heart is using RFRA like a high school petition, to get enough signatures, or "350" members who vote, sua sponte, to change the United States drug policy as it pertains to them, and-or their backyard ceremonies, where it's anyone's guess what religion they're "exercising," But Santo Daime does not support incompetent Christian pastors whose religions, by themselves, aren't good enough.

14

WHEREFORE amicus curiae, on behalf of Santo Daime, moves the Honorable Court to dismiss the proceedings at bar, for lack of any genuine triable issue. A group of non-bona fide Santo Daime are not entitled to a trial in which they proselytize and misrepresent Santo Daime in pursuit of their own interest.

Respectfully submitted,

Date: 12 July, 2024

Siva d. Black, pro se
Siskiyou County Jail
#26746
315 S. Oregon Street
Yreka, CA 96097

FOOTNOTES

FN1  For example, website Propublica.org has the IRS Forms 990 for John Goldman — who is, or directs, Church of the Holy Light of the Queen 501-c-3 — his second "charity" called "Essential Light Institute" that serves the same function, and is covered by the same RFRA injunction of CHLQ, 615 F. Supp. 2d 1210 (2009) (Medford District Court, Oregon). The IRS Forms 990 for "ELI" between its inception and 2020 indicate he paid himself all profits as his salary — over $1.6 million, but where the charity had never risen over $100,000 value. To date, the IRS has enforced Goldman, including tipping him off in 2021 to amend his ELI salary at the same time Amicus was removed under color of law in nearby Siskiyou County, Mt. Shasta, People of Cal. v. Black, No. 2021-320 (Amicus' 42d year — Goldman changed his salary at same time to increment of $42,000, to tether).

15

## CERTIFICATE OF AUTHENTICITY

I, Siva d. Black, who wrote this brief certify that I have read the foregoing materials and everything contained herein is true as to facts to the best of my knowledge, and statements that are a matter of impression are true to the best of my belief and understanding, signed under penalty of perjury this 13th day of July, 2024,

Siva d. Black

## CERTIFICATE OF COMPLIANCE

I, Siva d. Black, certify that this brief of Amicus curiae complies with Federal R. Civ. P. Rules 29 and 32, except that, since I am in jail and don't have access to a Green cover, or weighted paper, these items are lacking, I also do not have a phone service connection/number, even when at liberty, because I live off the grid. This brief, at my first count, including internal headings and footnotes, is 3303 words, 15 pages in length, half or less than half of a maximum principal brief.

Siva d. Black

16