UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHURCH OF THE CELESTIAL HEART, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, et al., <br><br> Defendants. | Case No. 1:23-cv-00545-SAB <br><br> ORDER DENYING MOTION TO RECONSIDER ORDER DENYING SANTO DAIME TO FILE AN AMICUS CURIAE BRIEF <br><br> (ECF Nos. 39, 40) |

On July 29, 2024, the Court denied an ex parte motion for Santo Daime to file a brief as amicus curiae, finding such brief was untimely and would not assist the Court. (ECF No. 39.) On August 8, 2024, the Court received a motion to reconsider permitting Santo Daime to participate as amicus curiae pursuant to Rule 60 of the Federal Rules of Civil Procedure, which the Court construes as a motion for reconsideration of the Court's denial of the ex parte motion for Santo Daime to file a brief as amicus curiae. (ECF No. 40.)

Mr. Black, purportedly writing for Santo Daime, requests reconsideration of the Court's order that the motion for leave to file a brief as amicus curiae was untimely. (Id. at 1.) As explained in its July 29, 2024 order, Rule 29(a)(6) of the Federal Rules of Appellate Procedure provides that "[a]n amicus curiae that does not support either party must file its brief no later than

7 days after the…principal brief is filed." (ECF No. 39 at 2 n.2.)  Defendant's motion to dismiss was filed on July 17, 2023.  (ECF No. 12.)  Thus, any motion requesting leave to file a brief as amicus curiae in support of neither party was due on July 24, 2023.  The motion for leave to file a brief as amicus curiae was not filed until July 25, 2024, over a year past the deadline.  Thus, the ex parte motion was properly denied as untimely.  The motion for reconsideration shall be denied.

Further, the one year deadline to request relief from an order provided by Rule 60(c)(1) of the Federal Rules of Civil Procedure applies only to the Court's July 29, 2024 order denying the ex parte motion to file an amicus curiae brief.  Neither Mr. Black nor Santo Daime are parties to this action and therefore have no standing to request reconsideration of the Court's January 9, 2024 order denying Defendant's motion to dismiss.  Future documents submitted by non-parties will be subject to being returned without being filed in this action.

Accordingly, IT IS HEREBY ORDERED that the motion for reconsideration of the Court's order denying the ex parte motion for Santo Daime to file an amicus curiae brief (ECF No. 40) is DENIED.

The Clerk of Court is DIRECTED to serve a copy of this order on Siva D. Black, Inmate #26746 at Siskiyou County Jail, 315 S. Oregon Street, Yreka, California 96097.

IT IS SO ORDERED.

Dated:   **August 9, 2024**

UNITED STATES MAGISTRATE JUDGE

2