BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Church of the Celestial Heart, a California Religious Corporation *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Merrick Garland *et al.*, <br><br> Defendants. | Case No. 23-cv-545-ADA-SAB <br><br> **JOINT MOTION TO EXTEND THE DISCOVERY SCHEDULE** <br> **(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b), the parties jointly move to extend the discovery schedule—excluding the trial date—by 60 days, as set forth fully in this Motion, and accompanying Stipulation and Declaration. *See* Ex. A, Stipulation; Ex. B, Declaration of Sarah M. Suwanda ("Suwanda Decl.").

Over the past several months, the parties have diligently litigated this case. Defendants and Plaintiffs have collectively produced tens of thousands of pages of documents and exchanged other written discovery, including interrogatory responses, amended interrogatory responses, and responses to requests for admissions. That productive exchange of information has led to a natural inflection point in this case, such that the parties believe that a potential pathway to settlement may be viable and would potentially eliminate the need for this Court to adjudicate Plaintiffs' requested

relief.

The relief Plaintiffs seek is undoubtedly unique: they seek to obtain a DEA registration that would exempt Plaintiffs from enforcement of certain provisions of the Controlled Substances Act ("CSA") and would allow Plaintiffs to legally import, manufacture, and distribute the Schedule I substance that they use in their allegedly religious ceremonies. Here, the parties have agreed to a settlement framework that would allow Plaintiffs to engage directly with DEA and Diversion Investigators and potentially obtain relief that would eliminate the need for this Court to expend time and judicial resources in adjudicating the merits of Plaintiffs' claims—consistent with the statement submitted in the Joint Scheduling Report. *See* ECF No. 29 at 6; *see also* Suwanda Decl. ¶¶ 10–11.

The parties' discussions thus far have been fruitful, and they have taken significant steps within that agreed-upon settlement framework toward potentially resolving this matter. Such steps have included exchanging additional information in the settlement context and scheduling a pre-registration inspection—all of which is a necessary pre-condition to any potential settlement agreement. *See id.* ¶¶ 6–12. Specifically, the pre-registration inspection—which is scheduled for this Friday, November 22, 2024—will provide DEA Diversion Investigators with the opportunity to interview members of Plaintiff Celestial Heart and inspect the premises where the controlled substance is prepared, stored, distributed, and/or consumed. *See id.* ¶ 10. The pre-registration inspection and interviews serve as an important, non-adversarial mechanism through which DEA may obtain the relevant and necessary information to determine whether a grant of registration—which would exempt Plaintiffs from enforcement of certain provisions of the CSA—would be appropriate here. As indicated above, a grant of a DEA registration would allow Plaintiffs to legally import, manufacture, and distribute ayahuasca—which is the very relief they are seeking from this Court.

In addition to facilitating a pre-registration inspection, which will itself require significant time and resources from the parties, the parties further anticipate that negotiating a potential

2

settlement agreement—assuming that DEA determines that a grant of registration is warranted here—will be similarly time and resource intensive and would inherently be at cross-purposes with the completion of fact discovery in this case. In particular, depositions of DEA officials are scheduled to begin on December 6, 2024, and end one week later on December 13, 2024. Some of those officials will likely be involved in the pre-registration investigation process and will be tasked with determining whether a grant of a registration is ultimately appropriate. As a result, these officials cannot both be prepped and sit for depositions, while also engaging with Plaintiffs on whether or not they are entitled to a registration.

Thus, in light of the parties' joint efforts to move this case along expeditiously and cooperatively in a non-litigation posture, the parties respectfully submit that a 60-day extension of the scheduling order—excluding the pre-trial conference and trial dates—would be appropriate given the unique circumstances surrounding the steps needed to reach a potential settlement in this case. Good cause supports such an extension, as it would allow the parties to focus their attention on the pre-registration inspection and facilitation of a potential settlement agreement, without engaging in discovery and discovery-related disputes that would take time and resources away from cooperative settlement negotiations that are underway.

For the foregoing reasons, the parties therefore respectfully submit that good cause exists for the Court to enter the parties' Proposed Order regarding the discovery schedule, which accompanies this Joint Motion, Stipulation, and Declaration.

Dated: November 21, 2024                          Respectfully submitted,

/s/ Jack Silver (with permission)                 BRIAN M. BOYNTON
Jack Silver                                       Principal Deputy Assistant Attorney General
Cal. Bar No. 160575
Law Office of Jack Silver                         BRIGHAM J. BOWEN
708 Gravenstein Hwy No. 407                       Assistant Branch Director
Sebastopol, CA 95472-2808
Telephone: (707) 528-8175
E-mail: JsilverEnvironmental@gmail.com

3

| | |
|---|---|
| /s/ Sean T. McAllister (with permission) | /s/ Sarah M. Suwanda |
| Sean T. McAllister, Esq., *pro hac vice* | SARAH M. SUWANDA |
| Colo. Bar No. 31350 | Trial Attorney |
| Cal. Bar No. 310962 | Civil Division, Federal Programs Branch |
| McAllister Law Office, P.C. | U.S. Department of Justice |
| 4035 E. 3rd Avenue | 1100 L Street NW |
| Denver, CO 80220 | Washington, D.C. 20005 |
| Telephone: (720) 448-6235 | Telephone: (202) 305-3196 |
| E-mail: sean@mcallisterlawoffice.com | E-mail: sarah.m.suwanda@usdoj.gov |

*Counsel for Plaintiffs*  *Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2024, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in the above-captioned matter.

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice