# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHURCH OF THE CELESTIAL HEART, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, et al., <br><br> Defendants. | Case No. 1:23-cv-00545-SAB <br><br> ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER <br><br> (ECF No. 42) |

On March 26, 2024, the Court issued a scheduling order in this matter. (ECF No. 31.) On November 21, 2024, the parties filed a joint motion to extend each date by sixty days, excluding the trial date. (ECF No. 42.) In support of their first request to amend the scheduling order, the parties detail the status of continuing discovery and the significant steps they have taken towards potentially resolving this matter. The parties submit that a 60-day extension of the scheduling order—excluding the pre-trial conference and trial dates—would allow the parties to focus their attention on DEA pre-registration inspection and facilitation of a potential settlement agreement, without engaging in discovery and discovery-related disputes that would take time and resources away from cooperative settlement negotiations that are underway. The Court finds good cause exists to grant the parties' joint motion to amend the scheduling order. The parties are advised that the Court will not be as inclined to grant further extensions as such settlement sometime leads to extension after extension. While the Court is a very strong proponent of

settlement, as that is a process where both sides are mutually in agreement, those settlement efforts must be the top priority of the parties and treated as if they are in throws of litigation with pressing deadlines set by the Court.  Here, the parties have been diligent in accomplishing their discovery goals, which is in part why good cause exists.

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' joint motion to amend the scheduling order (ECF No. 42) is GRANTED;
2. The scheduling order is amended as follows:
   a. Non-expert discovery deadline: **February 11, 2025**;
   b. Expert disclosure deadline: **April 21, 2025**;
   c. Supplemental expert disclosure deadline: **May 27, 2025**;
   d. Expert discovery deadline: **July 1, 2025**;
   e. Dispositive motion deadline:  **August 11, 2025**;
3. All other dates—including the **December 12, 2025** pretrial conference and **February 10, 2026** trial—and aspects of the March 26, 2024 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **November 22, 2024**

STANLEY A. BOONE
United States Magistrate Judge