# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHURCH OF THE CELESTIAL HEART, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>MERRICK GARLAND, *Attorney General of the United States*, et al.,<br><br>   Defendants. | Case No. 1:23-cv-00545-SAB<br><br>ORDER GRANTING IN PART SECOND MOTION TO AMEND THE SCHEDULING ORDER<br><br>(ECF No. 44) |

On March 26, 2024, the Court issued a scheduling order in this matter. (ECF No. 31.) On November 22, 2024, the Court granted a 60-day extension of the scheduling order, excluding the pretrial conference and trial date, in order to allow the parties to pursue a potential pre-discovery settlement. (ECF No. 43.) The parties have since engaged in substantial discovery and are participating in a "settlement framework." (ECF No. 44.) Thus, the parties now move for a second 60-day extension of the scheduling order—excluding the trial date—to allow the parties to work toward a potential non-litigation resolution. The Court finds good cause exists to grant in part the parties' motion to amend the scheduling order, granting only a 30-day extension. The Court advises the that it will not be inclined to grant a further extension, absent extraordinary circumstances, given the timing required for the Court to consider and rule on any dispositive motions.

/ / /

1    Pursuant to the motion of the parties and good cause appearing, IT IS HEREBY

2  ORDERED that the parties' joint motion to amend the scheduling order (ECF No. 44) is

3  GRANTED IN PART.

4    The scheduling order is amended as follows:

5       a.   Non-expert discovery deadline:          March 13, 2025;

6       b.   Expert disclosure deadline:             May 21, 2025;

7       c.   Supplemental expert disclosure deadline: June 26, 2025;

8       d.   Expert discovery deadline:              July 31, 2025;

9       e.   Dispositive motion deadline:            September 10, 2025;

10    At this time, the Court continues the pretrial conference is continued to January 9, 2026,

11  at 9:30 a.m.   While the February 10, 2026 trial date, and aspects of the March 26, 2024

12  scheduling order, shall remain in effect at this time, the Court notes that this matter will likely

13  require continuing the trial date.

14

15  IT IS SO ORDERED.

16  Dated:   **January 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2