ERIC J. HAMILTON
Deputy Assistant Attorney General
JULIE STRAUS HARRIS
Assistant Branch Director
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Church of the Celestial Heart, a California Religious Corporation *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Merrick Garland *et al.*, <br><br> Defendants. | Case No. 23-cv-545-ADA-SAB <br><br> **DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY** |

Pursuant to Local Rule 233(c), Defendants respectfully request leave to file a reply in support of their pending Motion for Administrative Relief, *see* ECF No. 46, not to exceed three pages, and to be filed by no later than February 26, 2025.[1]  Defendants respectfully submit that good cause exists, for the reasons set forth below.

1.  After weeks of attempting to negotiate with Plaintiffs regarding a schedule for resuming discovery, Defendants ultimately moved for clarification from the Court, because Plaintiffs have continued to take the untenable position that no fact discovery should take place

---

[1] Defendants respectfully submit that no undue delay would result from Defendants' request for leave to file a reply, as February 26 represents the deadline on which Plaintiffs' opposition would have been due pursuant to Local Rule 233(b).  Undersigned has conferred with Plaintiffs, who oppose this Motion.

between now and the close of fact discovery, March 13, 2025—despite the Court's clear scheduling order to the contrary. *See* Order Granting in Part Second Mot. To Amend Scheduling Order ("January 27 Order"), ECF No. 45.

2. In response, Plaintiffs' opposition (which improperly attaches and incorporates information that is protected from disclosure pursuant Federal Rule of Evidence 408) includes a number of inaccurate statements, which, at best, omit key factual context relevant to the issue before the Court, and at worst, mischaracterize the parties' agreements with respect to discovery and settlement.

3. In light of those inaccuracies, and the severe and undue prejudice that Defendants would face (should Plaintiffs effectively preclude Defendants from filing their motion to compel and taking depositions during the remaining weeks in discovery), Defendants respectfully submit that a limited reply of no more than three pages would assist the Court in evaluating the parties' briefing.

Accordingly, Defendants respectfully request that the Court grant Defendants' Motion, and allow Defendants to file a reply, not to exceed three pages, on or before February 26, 2025.

Dated: February 25, 2025

Respectfully submitted,

ERIC J. HAMILTON
Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

/s/ Sarah M. Suwanda
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

DEFENDANTS' MOTION
FOR LEAVE TO FILE A REPLY