Jack Silver, Esq. SB 160575
JsilverEnvironmental@gmail.com
Law Office of Jack Silver
708 Gravenstein Hwy North, # 407
Sebastopol, CA 95472-2808
Tel. (707) 528-8175
Fax. (707) 829-0934

Sean T. McAllister, Esq. SB # 310962
Sean@mcallisterlawoffice.com
McAllister Law Office, P.C.
4035 E. 3rd Avenue
Denver, CO 80220
Tel. (720) 448-6235

Attorneys for Plaintiffs

*[See Signature Page for all Plaintiffs Represented]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Church of the Celestial Heart, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>Merrick Garland, *et al.*,<br><br>          Defendants | Case No. 1:23:cv-00545-SAB<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY (ECF 48) AND REQUEST TO STRIKE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |

Plaintiffs oppose Defendants' Motion for Leave to File a Reply (ECF 48) pursuant to Rule 233 and request that Defendants' Motion for Administrative Relief be struck.

**ARGUMENT**

**A. Rule 233 does not address discovery issues.**

Defendants rely on Rule 233 as a basis for their motion for administrative relief (ECF 46). Rule 233 is intended to address "miscellaneous administrative matters." Pursuant to USDC ED New Local Rules Effective January, 2025, "Miscellaneous administrative matters which require a Court order may be brought to the Court's attention through a motion for administrative relief. Examples of matters that such motions may address include motions to exceed applicable page limitations; requests to shorten time on a motion; requests to extend a response deadline; requests to alter a briefing schedule; <u>or requests to alter a discovery schedule that does not affect dispositive motion filing dates, trial dates, or the final pre-trial conference</u>." (Emphasis original).

Defendants Motion for Administrative Relief (ECF No. 46) is clearly a discovery motion and not "miscellaneous" administrative matters to which Rule 233 should be applied. Rather than Rule 233, the appropriate course for Defendants regarding fact discovery is to file a motion to modify the Rule 16 scheduling order. See *Shane Beard, v. County of Stanislaus*, 2022 U.S. Dist. LEXIS 191687 *14 (ED CAL 2022)

Additionally, Defendants' alternative proposed order (EFC. No. 46-5) will alter the current discovery schedule and affect dispositive motion filing dates in violation of Rule 233.

**B. Rule 233 Does not Provide for Filing a Reply Brief.**

Addressing solely Defendants' Motion for Leave to File a Reply Brief (ECF 48), Rule 233 does not provide for filing a reply brief. See *John Doe 1 v. National Collegiate Athletic Association*, 2022 U.S. Dist. LEXIS 156695 *9 (ND CAL 2022); *Erickson Productions Inc. v. Kraig Rudinger Kast*, 2019 U.S. Dist. LEXIS 120864 *2 Fn. 1 (ND CAL 2019). In allowing Defendants' to file a reply brief, Defendants would also be exceeding the five (5) page limits set forth in Rule 233.

**C. Defendants Failed to Comply with Rule 233(a)(5).**

Rule 233(a)(5) states that a motion for administrative relief "must include a statement setting forth the position of all parties affected by the motion, or a statement explaining why such position could not be ascertained." Defendants made no effort "setting forth the position of all parties affected by the motion" other than to determine if Plaintiffs opposed their request. As such Defendants failed to comply with Rule 233(a)(5). See *United States of America ex rel. Evans v. Phlebxpress*, 2025 U.S. Dist. LEXIS 7383 *4 (ED CAL 2025).

**CONCLUSION**

For the reasons stated herein, Plaintiffs request this Court deny Defendants' Motion for Leave to File a Reply Brief, and strike Defendants' Motion for Administrative Relief.

DATED:   February 26, 2025    Respectfully submitted,

LAW OFFICE OF JACK SILVER

By:  /s/ *Jack Silver*
         Jack Silver

LAW OFFICE OF SEAN T. McALLISTER

By:  */s/ Sean T. McAllister*
         Sean T. McAllister

Attorneys for Plaintiffs
THE CHURCH OF THE CELESTIAL HEART, KAI KARREL, JADE J. OSBORNE, DANIEL POZAS, SARA MINTZER