YAAKOV M. ROTH
Acting Assistant Attorney General
JULIE STRAUS HARRIS
Assistant Branch Director
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Church of the Celestial Heart, a California Religious Corporation *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Pamela J. Bondi *et al.*,<br><br>Defendants. | Case No. 23-cv-545-ADA-SAB<br><br>**NOTICE OF MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>DATE:   April 9, 2025<br>TIME:   10:00 a.m.<br>COURT: Courtroom 9, 6th Floor<br>JUDGE:  Hon. Stanley A. Boone |

PLEASE TAKE NOTICE that, on April 9, 2025, at 10:00 a.m., Defendants[1] will and hereby move for an order that (1) extends the current deadlines in the January 27 Scheduling Order by 25 days, or 25 days from the date on which the Court rules on this Motion, whichever is later, so that the parties may adequately litigate this case and conduct further fact discovery, if necessary; and (2) allows the parties to hold open fact depositions after the fact discovery deadline for the

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Pamela J. Bondi, in her official capacity as Attorney General of the United States, is automatically substituted as a Defendant for former Attorney General Merrick Garland. Similarly, Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security ("DHS"), and Derek Maltz, in his official capacity as the Acting Administrator of the U.S. Drug Enforcement Administration ("DEA"), are automatically substituted as Defendants for former Secretary Mayorkas and Administrator Milgram, respectively.

sole purpose of allowing the parties to depose those witnesses on matters only discovered following resolution of any motions to compel. *See* Order Granting in Part Second Mot. to Amend Scheduling Order ("January 27 Scheduling Order"), ECF No. 45; Order Denying Defs.' Mot. for Admin. Relief & Mot. to File Reply at 3 ("February 26 Order"), ECF No. 50 (inviting Defendants to "file an appropriate and timely motion for [the] relief they seek").

In the interest of resolving this dispute expeditiously in advance of the impending March 13 fact discovery deadline, and to limit the disruption to the operative January 27 Scheduling Order, Defendants respectfully request that the Court enter an expedited briefing schedule as set forth in Defendants' *Ex Parte* Application for Expedited Briefing and resolve this dispute on the papers. Should the Court deem a hearing necessary, Defendants respectfully request that such a hearing be held at the Court's convenience, in advance of the noticed hearing date of April 9, 2025.

As required by the Court's Standing Order, counsel for Defendants certifies that meet-and-confer efforts have been exhausted. Undersigned conferred with counsel for Plaintiffs through e-mail, and the parties' meet-and-confer efforts are summarized in the accompanying declaration of Sarah M. Suwanda, filed herewith.

Dated: March 3, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*