YAAKOV M. ROTH
Acting Assistant Attorney General
JULIE STRAUS HARRIS
Assistant Branch Director
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHURCH OF THE CELESTIAL HEART, A CALIFORNIA RELIGIOUS CORPORATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PAMELA J. BONDI, in her official capacity as Attorney General of the United States, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-545-SAB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL**<br><br><u>Hearing on Motion</u><br><br>Date:　April 2, 2025<br>Time:　9:00 a.m.<br>Place:　Courtroom 9, Sixth Floor<br>　　　　United States Courthouse<br>　　　　2500 Tulare Street<br>　　　　Fresno, CA  93721<br>Judge:　Hon. Stanley A. Boone |

**NOTICE OF MOTION AND MOTION TO COMPEL**

PLEASE TAKE NOTICE that, on April 2, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard, Defendants will and hereby move for an order to compel Plaintiffs to respond fully and completely to Defendants' First Set of Requests for Productions ("RFPs") and Defendants' First Set of Interrogatories ("ROGs"), pursuant to Local Rule 251 and Rule 37 of the Federal Rules of Civil Procedure. This Motion will be made in Courtroom 9 of the United States Courthouse located at 2500 Tulare Street in Fresno, CA 93721, or by video conference, subject to the Court's approval.

An order compelling Plaintiffs to produce documents responsive to Defendants' RFPs is warranted because (1) the information sought is highly relevant to the claims and defenses asserted in this case, *see* Fed. R. Civ. P. 26(b)(1), and (2) Plaintiffs' production of documents to date is demonstrably incomplete and otherwise deficient. Plaintiffs' suit pursuant to the Religious Freedom Restoration Act seeks relief on behalf of *all* members of Celestial Heart, a purported religious organization. *See* Complaint, ECF No. 1, at 1 (caption indicating that The Church of the Celestial Heart brings suit "on behalf of itself and all of its members"); *see also id.* ¶ 93 (alleging "*members'* essential religious practice has been substantially burdened by Defendants" (emphasis added)). Yet Plaintiffs, without justification, appear to have limited their production of documents only to files belonging to the named plaintiffs. They have done so despite Defendants' prior understanding that Plaintiffs would conduct searches for potentially responsive documents from all members of Celestial Heart, particularly, at minimum, the members identified in Plaintiffs' interrogatory responses. *See* October 4, 2024 Deficiency Letter, at 3, ECF No. 51-4.

Similarly, nearly all of Defendants' RFPs call for the search, collection, and production of electronic communications. But to date, Plaintiffs have not produced any original e-mail communications between and among Plaintiffs and/or any individual who purports to be a member of Celestial Heart, and have even suggested that Celestial Heart's chosen e-mail platform—Proton Mail—has a retention policy that has precluded Plaintiffs from retaining potentially responsive

e-mails for the proposed relevant time period of 2021 to 2023, *i.e.*, from the alleged seizure invoked in the Complaint to the filing of that Complaint. *See id.* at 2. Nor have Plaintiffs produced any responsive communications from the variety of other communications platforms that Plaintiffs have indicated they use, including WhatsApp and Celestial Heart's website. *See id*. Even as to the limited number of documents that Plaintiffs have produced, Defendants have grave concerns. In particular, Plaintiffs have failed to produce any metadata for any of the documents produced to date. And of the approximately 25 pages of text messages Plaintiffs have produced, the text in a large fraction of those messages is either obscured, illegible, or refers to audio messages that have not been produced in a readable format. Plaintiffs should be compelled to remedy each of these deficiencies in their document productions.

An order compelling Plaintiffs to provide amended responses to Defendants' ROGs is also warranted. To date, Plaintiffs' responses have omitted information specifically requested by the interrogatories, including information about: individuals serving in or requesting to serve in leadership roles within Celestial Heart, Celestial Heart's membership-screening process, and the process by which Celestial Heart may exclude individuals from membership or attendance at Celestial Heart's ceremonies. The Court should direct Plaintiffs to supplement their interrogatory responses with complete and meaningful answers.

This Motion is based on this Notice of Motion and Motion to Compel; the Joint Statement Re: Discovery Disagreement and any exhibits thereto to be filed no later than March 19, 2025; the files and records in this case; and such other evidence or argument as the Court may consider.

*   *   *

Dated: March 12, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*