Jack Silver, Esq. 160575
Law Office of Jack Silver
708 Gravenstein Hwy North, Suite 407
Sebastopol, CA 95472-2808
JsilverEnvironmental@gmail.com
(707) 528-8175
(707) 829-0934 (fax)

Sean T. McAllister, Esq. SB # 310962
Sean@mcallisterlawoffice.com
McAllister Law Office, P.C.
4035 E. 3rd Avenue
Denver, CO 80220
Tel. (720) 448-6235

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The Church of the Celestial Heart, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>Merrick Garland, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:23:cv-00545-SAB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL**<br><br><u>Hearing on Motion</u><br>Date: April 7, 2025<br>Place: Courtroom 9, Sixth Floor<br>　　　United States Courthouse<br>　　　2500 Tulare St.<br>　　　Fresno, CA 93721<br>Judge: Hon. Stanley A. Boone |

**NOTICE OF MOTION AND MOTION TO COMPEL**

PLEASE TAKE NOTICE that, on April 7, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard, Plaintiffs will and hereby move for an order to compel Defendants to respond fully and completely to Plaintiffs' Requests for Productions ("RFPs") and Plaintiffs' Interrogatories ("ROGs"), pursuant to Local Rule 251 and Rule 37 of the Federal Rules of Civil Procedure. This Motion will be made in Courtroom 9 of the United States Courthouse located at 2500 Tulare Street in Fresno, CA 93721, or by video conference, subject to the Court's approval.

On March 26, 2024, Plaintiffs served 11 RFPs and 11 ROGs on Defendants, each ROG or RFP separately numbered 1-11. On July 11, 2024, Plaintiffs served an additional two RFPs on Defendants, numbered 12-13, and also one additional ROG, number 12. To date, as further explained below, Defendants discovery disclosures have been anemic and have not satisfied the requirements of FRCP 26.

On June 19, 2024, Plaintiffs issued a memo to Defendants outlining the numerous ways in which Defendants' responses, or lack thereof, to the RFPs was deficient. In summary, here is a list of the deficiencies of the Defendants' responses to the RFPs and ROGs:

**A. Defendants' RFP Responses**

RFP 1. Please produce any and all documents that you contend are relevant to Defendants' defenses to any of the allegations or claims set forth in Plaintiffs' Complaint.

Plaintiffs' Complaint: Defendants promised to produce responsive documents, but nothing produced to date.

RFP 2. Please produce any and all documents identified, listed, and/or referenced in your Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1).

Plaintiffs' Complaint: Defendants promised to produce responsive documents, but nothing produced to date.

RFP 3. Please produce the document titled, "DEA, Drug & Chemical Evaluation Section, Office of Diversion Control, (2018), DEA's analysis of poison control data from 2012 to 2017."

Plaintiffs' Complaint: Defendants have not produced anything in response to this RFP to

date.

RFP 4. Please produce any and all documents and ESI for the past (5) years in which you have identified ayahuasca being seized at the United States border.

Plaintiffs' Complaint: Defendants have not produced anything in response to this RFP to date.

RFP 5. Please produce any and all non-privileged communications with any person identified in your Initial Disclosures.

Plaintiffs' Complaint: Defendants have not produced anything in response to this RFP to date.

RFP 6. Please produce any and all documents and ESI between the União do Vegetal ("UDV") and any of the Defendants.

Plaintiffs' Complaint: Defendants have not produced anything in response to this RFP to date.

RFP 7. Please produce any and all documents and ESI between the Church of the Holy Light of the Queen ("CHLQ") and any of the Defendants.

Plaintiffs' Complaint: Defendants have not produced anything in response to this RFP to date.

RFP 8. Referencing the 2010 Agreement entered into between the U.S. Department of Justice and UDV in the matter of O Centro Espirit A Beneficiente Uniao Do Vegetal, et al v. Eric H. Holder, Jr., et al, Case No. CV00-1647, U.S.D.C., District of New Mexico, please produce any non-privileged documents and ESI produced by the DEA as part of its biennial determination that the UDV is fully complying with the 2010 Agreement referenced herein as well as Section 827 of the Controlled Substances Act and any other section of the CSA that deals with diversion.

Plaintiffs' Complaint: Defendants have not produced anything in response to this RFP to date.

RFP 9. Please produce any non-privileged documents and ESI produced by the DEA as part of its biennial determination that the CHLQ is fully complying with Section 827 of the

Controlled Substances Act and any other section of the Controlled Substances Act that deals with diversion.

Plaintiffs' Complaint: Defendants have provided nothing in response to date on this.

RFP 10. Please produce any documents and ESI that would support a claim that a specifically identified member of the UDV has suffered either psychological or physical harm from consuming ayahuasca during a UDV religious ceremony in the United States.

Plaintiffs' Complaint: Defendant has produced nothing in response to date.

RFP 11. Please produce any documents and ESI that would support a claim that a specifically identified member of the CHLQ has suffered either psychological or physical harm from consuming ayahuasca during a CHLQ religious ceremony in the United States.

Plaintiffs' Complaint: Defendant has produced nothing in response to date.

**B. Defendants' ROG Responses**

ROG 1. Please provide the last known address of Srihari Tella (retired), Former Unit Chief, Drug & Chemical Control Unit, Drug & Chemical Evaluation Section.

Plaintiffs' Complaint: Defendant has produced nothing in response to date.

ROG 8. For each petition identified by you in response to Interrogatory No. 7 above, please identify those petitioners which have received an exemption from the Controlled Substances Act ("CSA") to use any Schedule I controlled substance (including ayahuasca, mushrooms containing psilocybin, iboga and marijuana) as part of an exercise of religion.

Plaintiff Complaint: While a partial response was provided, Defendants have not indicated which petitions were denied, withdrawn, or are currently in process.

ROG 9. Please identify each and every DEA agent who, in the last two years, has visited any UDV United States location registered pursuant to the 2010 Agreement entered into between the U.S. Department of Justice and UDV in the matter of O Centro Espirit A Beneficiente União Do Vegetal, et al v. Eric H. Holder, Jr., et al., Case No. CV00-1647, U.S.D.C., District of New Mexico.

Plaintiff Complaint: Defendants replied that 20 agents have conducted site visits, but provided no specific names. The names should be provided as they are clearly relevant

witnesses.

In document production, Defendants provided numerous pages of blank letterhead and numerous pages of what appear to be computer code but no metadata. Plaintiffs have requested that either these documents be withdrawn or explained, but Defendants have yet to respond.

An order compelling Defendants to produce documents responsive to Plaintiffs' ROGs and RFPs is warranted because (1) the information sought is highly relevant to the claims and defenses asserted in this case, *see* Fed. R. Civ. P. 26(b)(1), and (2) Defendants' production of documents to date is demonstrably incomplete and otherwise deficient.

This Motion is based on this Notice of Motion and Motion to Compel; the Joint Statement Re: Discovery Disagreement and any exhibits thereto to be filed no later than March 24, 2025; the files and records in this case; and such other evidence or argument as the Court may consider.

Respectfully submitted this 17th day of March, 2025.

LAW OFFICE OF JACK SILVER

By: */s/ Jack Silver*
     Jack Silver

McALLISTER LAW OFFICE, P.C.

By: */s/ Sean T. McAllister*
Sean T. McAllister

Attorneys for Plaintiffs