# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHURCH OF THE CELESTIAL HEART, et al., | Case No. 1:23-cv-00545-SAB |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' MOTION TO COMPEL WITHOUT PREJUDICE |
| v. | (ECF No. 57) |
| MERRICK GARLAND, et al., | |
| Defendants. | |

On March 17, 2025, Plaintiffs filed a motion to compel Defendants to respond to Plaintiffs' written discovery requests pursuant to Local Rule 251. (ECF No. 57.) Plaintiffs proffer they issued a memo to Defendants identifying the deficiencies on June 19, 2024. (Id. at 2.)

Non-expert discovery closes in this matter on April 7, 2025. (ECF No. 55.) Plaintiffs set the hearing for their motion to compel for Monday, April 7, 2025 to correspond with the non-expert discovery deadline. No corresponding application to shorten time was filed.

As noted on its website, this Court's regularly scheduled civil law and motion calendar is Wednesday at 10:00 a.m. Further, the March 26, 2024 scheduling order issued provides that "[n]on-dispositive motions are heard on Wednesdays at 10:00 a.m., before Judge Stanley A.

Boone in Courtroom 9."[1] (ECF No. 31 at 3.) As with almost all courts, this Court also does not allow the setting of matters to be heard at a party's choosing. The Court is not available for a non-dispositive motion hearing on Monday, April 7, 2025.

The scheduling order also provides that "[c]ompliance with these discovery cutoffs requires motions to compel be filed *and heard* sufficiently in advance of the discovery cutoff so that the Court may grant effective relief within the allotted discovery time. A party's failure to have a discovery dispute heard sufficiently in advance of the discovery cutoff may result in denial of the motion as untimely." (ECF No. 31 at 3 (emphasis in original).) Motions defectively set on the Court's calendar are typically set for the next available law and motion date. In this case, however, the next available date is April 9, 2025, *after* the non-expert discovery deadline has expired. The Court finds Plaintiffs' motion to compel cannot be heard sufficiently in advance of the discovery cutoff so that the Court may grant effective relief within the allotted discovery time.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to compel (ECF No. 57) is denied without prejudice.

IT IS SO ORDERED.

Dated:   **March 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The order also provides that "[i]n scheduling any non-dispositive motion, the Magistrate Judge may grant Applications for an Order Shortening Time pursuant to Local Rule 144(e). However, if counsel does not obtain an Order Shortening Time, the Notice of Motion must comply with Local Rule 251." (ECF No. 31 at 3-4.)

2