# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHURCH OF THE CELESTIAL HEART, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br>Defendants. | Case No. 1:23-cv-00545-SAB<br><br>ORDER DENYING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF<br><br>ORDER RE TIME CHANGE TO APRIL 2, 2025 MOTION TO COMPEL<br><br>(ECF No. 58) |

On March 17, 2025, Defendants filed a motion for administrative relief seeking to continue the hearing on Defendants' motion to compel from Wednesday, April 2, 2025 to Friday, April 4, 2025. (ECF No. 58.) Defendants proffer they believe the parties are quite close to reaching a mutually agreeable settlement of this matter and opine it would be counterproductive for the parties to expend their limited resources continuing to confer regarding written discovery disputes and preparing a joint statement rather than focusing their attention on outstanding issues for settlement. (Id. at 3.) The Court finds an opposition or statement of non-opposition by Plaintiffs would not aid the Court in deciding the instant motion. See L.R. 233(b) ("Any non-moving party may file an opposition or supporting statement relating to a Motion for Administrative Relief within five (5) days after the motion has been filed.").

The Court shall deny Defendant's request. As noted on its website, this Court's regularly scheduled civil law and motion calendar is Wednesday at 10:00 a.m. This calendar was relayed

to the parties in the March 26, 2024 scheduling order specifically in terms of discovery disputes: "[n]on-dispositive motions are heard on Wednesdays at 10:00 a.m., before Judge Stanley A. Boone in Courtroom 9."[1]  (ECF No. 31 at 3.)  The Court appreciates Defendants' representation that a continued hearing date would promote the parties' settlement discussions and their desire to avoid potentially needless litigation expenses.[2]  However, in line with most courts, this Court does not allow the setting of matters to be heard at a party's choosing.  The Court is not available for a non-dispositive motion hearing on Friday, April 4, 2025.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for administrative relief (ECF No. 58) is DENIED; and
2. The hearing on Defendants' motion to compel Plaintiffs' responses to written discovery requests (ECF No. 56) is re-set to **10:00 a.m.** on **April 2, 2025**.

IT IS SO ORDERED.

Dated:   **March 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The Court notes Defendants defectively set the motion to compel to be heard at 9:00 a.m. on April 2, 2025.  The Court shall re-set the hearing to reflect a time change only.

[2] For similar reasons, the Court offers informal discovery hearings on short notice and with succinct briefing. https://www.caed.uscourts.gov/caednew/assets/File/SAB/Discovery%20Dispute%20Procedures%20(Oct_%2031%2C%202023).pdf