# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHURCH OF THE CELESTIAL HEART, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA J. BONDI, et al., <br><br> Defendants. | Case No. 1:23-cv-00545-SAB <br><br> ORDER VACATING APRIL 2, 2025 HEARING ON DEFENDANTS' MOTION TO COMPEL <br><br> (ECF No. 56) |

On March 12, 2025, Defendants filed a motion to compel Plaintiffs' responses to defendants' written discovery requests. (ECF No. 56.) The parties submitted a joint statement and the matter is set to be heard on April 5, 2025 at 10:00 a.m. (ECF No. 60.)

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. Accordingly, the matter is taken under submission. The previously scheduled hearing set on April 2, 2025, is vacated, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **March 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1