YAAKOV M. ROTH
Acting Assistant Attorney General
JULIE STRAUS HARRIS
Assistant Branch Director
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Church of the Celestial Heart, a California Religious Corporation *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Pamela J. Bondi *et al.*, <br><br> Defendants. | Case No. 23-cv-545-ADA-SAB <br><br> **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** |

The parties respectfully notify the Court that, as of the date of this filing, the parties have reached a settlement in principle that would fully resolve this case without need for further court intervention. As a result of the parties' mutual agreement, which remains subject to final approval by the Department of Justice (consistent with the Department's policy), Defendants hereby withdraw their Notice of Motion to Compel, ECF No. 56, which the Court has now taken under advisement, ECF No. 62.

Although the parties remain optimistic that the settlement agreement will be fully executed henceforth, in the unlikely event that final approval does not obtain, the parties agree that they will commit to, at a minimum, (1) re-opening fact discovery for seven days (the approximate time left between now and the current fact discovery deadline of April 7, 2025); and (2) conferring on a

proposed scheduling order for resuming proceedings that would be submitted to the Court, if necessary. In the interim, the parties respectfully request that they be permitted to file a joint status report in 45 days, to apprise the Court of the status of the settlement.

Dated: April 1, 2025

Respectfully submitted,

*/s/ Jack Silver (with permission)*
Jack Silver
Cal. Bar No. 160575
Law Office of Jack Silver
708 Gravenstein Hwy No. 407
Sebastopol, CA 95472-2808
Telephone: (707) 528-8175
E-mail: JsilverEnvironmental@gmail.com

*/s/ Sean T. McAllister (with permission)*
Sean T. McAllister, Esq., *pro hac vice*
Colo. Bar No. 31350
Cal. Bar No. 310962
McAllister Law Office, P.C.
4035 E. 3rd Avenue
Denver, CO 80220
Telephone: (720) 448-6235
E-mail: sean@mcallisterlawoffice.com

*Counsel for Plaintiffs*

YAAKOV M. ROTH
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*