# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHURCH OF THE CELESTIAL HEART, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA J. BONDI, et al., <br><br> Defendants. | Case No. 1:23-cv-00545-SAB <br><br> ORDER RE DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL <br><br> ORDER VACATING DATES AND REQUIRING PARTIES TO FILE STATUS REPORT OR DISPOSITIONAL DOCUMENTS NO LATER THAN MAY 19, 2025 <br><br> (ECF Nos. 56, 63) <br><br> **MAY 19, 2025 DEADLINE** |

On March 12, 2025, Defendants filed a motion to compel Plaintiffs' responses to defendants' written discovery requests. (ECF No. 56.) The parties submitted a joint statement, and the Court took the matter under submission on March 28, 2025. (ECF Nos. 61, 62.)

On April 2, 2025, the parties filed a document entitled "joint notice of settlement in principle." (ECF No. 63.) As a result of the parties' mutual agreement, which remains subject to final approval by the Department of Justice (consistent with the Department's policy), Defendants state they withdraw their pending motion to compel (ECF No. 56). The parties also proffer that in the event they do not obtain final approval of the settlement agreement, they agree they will commit to, at a minimum, (1) re-opening fact discovery for seven days, the approximate time left between the date the notice of settlement of principle and the current fact

discovery deadline of April 7, 2025); and (2) conferring on a proposed scheduling order for resuming proceedings that would be submitted to the Court, if necessary. The parties request that they be permitted to file a joint status report in forty-five (45) days to apprise the Court of the status of settlement.

Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days of the notice of settlement, absent good cause shown to extend such time. L.R. 160(b). The Court finds good cause to extend the deadline in this action to file dispositional documents within forty-five (45) days based on the proffered posture of the settlement agreement. Should the parties find they are unable to file dispositional documents within the deadline, the parties shall file a joint status report within the same timeframe. The status report shall include a detailed account of the status of the settlement and a specific date upon which dispositional documents will be filed. Failure to abide the deadline or comply with this Order may result in sanctions for failure to comply. At this time, the Court is not inclined to judicially enforce the parties' agreement to re-open discovery should the DOJ not approve the settlement agreement; however, the parties are not precluded from filing a proper motion requesting such relief.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to compel (ECF No. 56) is WITHDRAWN;
2. All pending matters and dates in this action are VACATED; and
3. The parties shall file dispositional documents or, alternatively, a status report **no later than May 19, 2025**.

IT IS SO ORDERED.

Dated:   **April 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge