YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
ANDREW I. WARDEN
Assistant Branch Director
SARAH M. SUWANDA
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 305-3196
sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHURCH OF THE CELESTIAL HEART, A CALIFORNIA RELIGIOUS CORPORATION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAMELA J. BONDI, in her official capacity as Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-545-SAB<br><br>**JOINT STATUS REPORT** |

On April 1, 2025, the parties notified the Court that they had reached a settlement in principle and that the proposed settlement agreement was subject to final approval by the Department of Justice, consistent with the Department's policy. *See* Joint Notice of Settlement in Principle, ECF No. 63. Following the filing of that joint notice, the Court vacated all deadlines and ordered the parties to file dispositional documents, or alternatively, a status report, no later than May 19, 2025. Order, ECF No. 65. In that order, the Court instructed the parties to include in their status report, "a detailed account of the status of the settlement and a specific date upon which dispositional documents will be filed." *Id.* at 2.

Pursuant to that instruction, the parties state as follows:

1. The parties fully executed the settlement agreement on May 5, 2025.

2. The executed settlement agreement provides that Plaintiffs shall dismiss this case with prejudice, pursuant to Fed. R. Civ. P. 41(a), within fifteen days of receipt of payment.

3. As of this filing, the Department has submitted a request to the Department of Treasury for execution of payment, and the parties fully expect that the stipulation of dismissal will be filed promptly, and within 15 days of such payment.

Dated: May 19, 2025

*/s/ Jack Silver (with permission)*
Jack Silver
Cal. Bar No. 160575
Law Office of Jack Silver
708 Gravenstein Hwy No. 407
Sebastopol, CA 95472-2808
Telephone: (707) 528-8175
E-mail: JsilverEnvironmental@gmail.com

*/s/ Sean T. McAllister (with permission)*
Sean T. McAllister, Esq., *pro hac vice*
Colo. Bar No. 31350
Cal. Bar No. 310962
McAllister Law Office, P.C.
4035 E. 3rd Avenue
Denver, CO 80220
Telephone: (720) 448-6235
E-mail: sean@mcallisterlawoffice.com

*Counsel for Plaintiffs*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 305-3196
sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*