# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHURCH OF THE CELESTIAL HEART, *a California Religious Corporation, on behalf of itself and all of its members*, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PAMELA J. BONDI, *in her official capacity as Attorney General of the United States*, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00545-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 65)<br><br>**JUNE 10, 2025 DEADLINE** |

On May 19, 2025, the parties filed a joint status report, which the Court construes as a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed. (ECF No. 65.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that the parties shall file dispositional documents **no later than June 10, 2025**. L.R. 160(b). Any request for an extension shall be supported by good cause. Id.

IT IS SO ORDERED.

Dated:　**May 20, 2025**　　　　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge