1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE CHURCH OF THE CELESTIAL HEART, et al., | Case No. 1:23-cv-00545-SAB |
|---|---|
| Plaintiffs, | ORDER RE PLAINTIFFS' PROCEDURALLY DEFICIENT REQUEST TO SHORTEN TIME |
| v. | |
| PAMELA J. BONDI, et al., | (ECF No. 67) |
| Defendants. | |

On May 21, 2025, Plaintiffs filed an "expedited motion for ancillary jurisdiction and request for shortening time." (ECF No 67.) Although Plaintiffs invoke Local Rule 144(e)[1] in their sparse motion, no corresponding application and proposed order to shorten time was filed. Plaintiffs proffer that Defendants have advised Plaintiffs they intend to oppose the motion for ancillary jurisdiction. However, the motion does not provide the Court with sufficient information to independently determine how expedited the briefing schedule and hearing date for the motion for ancillary jurisdiction need be.

---

[1] "Applications to shorten time shall set forth by affidavit of counsel the circumstances claimed to justify the issuance of an order shortening time. Ex parte applications to shorten time will not be granted except upon affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order and for the failure of counsel to obtain a stipulation for the issuance of such an order from other counsel or parties in the action. Stipulations for the issuance of an order shortening time require the approval of the Judge or Magistrate Judge on whose calendar the matter is to be heard before such stipulations are given effect. **Any proposed order shortening time shall include blanks for the Court to designate a time and date for the hearing and for the filing of any response to the motion.**" L.R. 144(e).

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' request to shorten time to hear the motion for ancillary jurisdiction (ECF No. 67) is DENIED without prejudice as procedurally improper. The motion as currently filed shall be governed by the deadlines in Local Rule 230.

IT IS SO ORDERED.

Dated: **May 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge