Jack Silver
Cal. Bar No. 160575
Law Office of Jack Silver
708 Gravenstein Hwy No. 407
Sebastopol, CA 95472-2808
Telephone: (707) 528-8175
E-mail: JsilverEnvironmental@gmail.com

Sean T. McAllister, Esq., *pro hac vice*
Colo. Bar No. 31350
Cal. Bar No. 310962
McAllister Law Office, P.C.
4035 E. 3rd Avenue
Denver, CO 80220
Telephone: (720) 448-6235
E-mail: sean@mcallisterlawoffice.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Church of the Celestial Heart, a California Religious Corporation, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Pamela J. Bondi *et al.*, <br><br> Defendants. | Case No. 23-cv-545-SAB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice as to all claims and causes of action filed in this matter.

| | | |
|---|---|---|
| 1 | Dated: June 10, 2025 | Respectfully submitted, |
| 2 | /s/ Jack Silver | YAAKOV M. ROTH |
| 3 | Jack Silver<br>Cal. Bar No. 160575 | Acting Assistant Attorney General |
| 4 | Law Office of Jack Silver | ANDREW I. WARDEN |
| 5 | 708 Gravenstein Hwy No. 407<br>Sebastopol, CA 95472-2808 | Assistant Branch Director |
| 6 | Telephone: (707) 528-8175<br>E-mail: JsilverEnvironmental@gmail.com | /s/ Sarah M. Suwanda (with permission)<br>SARAH M. SUWANDA |
| 7 | /s/ Sean T. McAllister | Trial Attorney<br>Civil Division, Federal Programs Branch |
| 8 | Sean T. McAllister, Esq., *pro hac vice*<br>Colo. Bar No. 31350 | U.S. Department of Justice<br>1100 L Street NW |
| 9 | Cal. Bar No. 310962 | Washington, D.C. 20005 |
| 10 | McAllister Law Office, P.C.<br>4035 E. 3rd Avenue | Telephone: (202) 305-3196<br>E-mail: sarah.m.suwanda@usdoj.gov |
| 11 | Denver, CO 80220<br>Telephone: (720) 448-6235 | *Counsel for Defendants* |
| 12 | E-mail: sean@mcallisterlawoffice.com | |
| 13 | *Counsel for Plaintiffs* | |